**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt | 100 EAST FIFTH STREET, ROOM 540 | Tel. (513) 564-7000 |
| Clerk | POTTER STEWART U.S. COURTHOUSE | www.ca6.uscourts.gov |
|  | CINCINNATI, OHIO 45202-3988 |  |

Filed:  March 20, 2013

Mr. Henry Chajet
Patton Boggs
2550 M Street, N.W.
Washington, DC 20037

Re:  Case No. 13-3324*, National Mining Association, et al v. MSHA, et al*
Originating Case No. : RIN 1219-AB73

Dear Counsel,

This case has been docketed as number **13-3324** with the caption that is enclosed on a separate page.  Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

The following forms should be downloaded from the web site and filed with the Clerk's office by **April 2, 2013**.  The filing fee should also be paid by this date if payment did not accompany the petition for review.

Petitioner:  Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Respondent:  Appearance of Counsel

More specific instructions are printed on each form.  These deadlines are important - if the initial forms are not timely filed, the case will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Julie Brock
Case Manager
Direct Dial No. 513-564-7011

cc:   M. Patricia Smith
      Ms. Heidi W. Strassler

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 13-3324**

NATIONAL MINING ASSOCIATION; NATIONAL STONE SAND AND GRAVEL
ASSOCIATION; KENTUCKY COAL ASSOCIATION; OHIO COAL ASSOCIATION;
PORTLAND CEMENT ASSOCIATION

       Petitioners

v.

SECRETARY OF LABOR, MINE SAFETY AND HEALTH ADMINISTRATION; UNITED
STATES DEPARTMENT OF LABOR, Seth D. Harris, Acting Secretary

       Respondents